UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT SILVA-PRENTICE, ) ) ) Petitioner, ) ) v. ) ) ) DEAN GRAY, ) ) Respondent. ) | Civil Action No. 23-CV-11813-AK |

# MEMORANDUM AND ORDER ON CERTIFICATE OF APPEALABILITY

**ANGEL KELLEY, D.J.**

This is a petition seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court has denied the petition. [Dkt. 29]. Petitioner Robert Silva-Prentice ("Silva-Prentice") can only appeal that denial if he receives a certificate of appealability pursuant to 28 U.S.C. § 2253. For the following reasons, Petitioner's Motion for a Certificate of Appealability [Dkt. 32] is **GRANTED**.

A certificate of appealability will issue only if the petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). That standard is satisfied by "demonstrating that jurists of reason could disagree with the district court's resolution of [petitioner's] constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." Miller-El v. Cockrell, 537 U.S. 322, 327 (2003) (citing Slack v. McDaniel, 529 U.S. 473, 484 (2000)).

1

2

The Court concludes that jurists of reason could disagree as to the issues raised by Silva-Prentice in his filing: that it was not objectively reasonable for the Massachusetts Appellate Court to conclude that the Commonwealth presented constitutionally sufficient evidence to support his conviction for second-degree murder by joint venture and therefore it was an unreasonable application of federal law.  Accordingly, Petitioner's Motion for a Certificate of Appealability [Dkt. 32] is **GRANTED**.

**SO ORDERED.**

Dated: January 14, 2026                                         /s/ Angel Kelley
                                                                Hon. Angel Kelley
                                                                United States District Judge